**Jean Benoit CHAPON, Plaintiff–Appellant,**

v.

**AMERICAN LINES, INC., New York One Shipping, Defendants–Appellees,**

**No. 03–7954.**

United States Court of Appeals, Second Circuit.

Dec. 3, 2004.

Jean Benoit Chapon, Brooklyn, NY, for Appellant, pro se.

Present: WALKER, Chief Judge, SACK, and HALL, Circuit Judges.

## SUMMARY ORDER

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED

AND DECREED that the judgment of said district court be and it hereby is AFFIRMED.

Plaintiff-appellant Jean–Benoit Chapon appeals from a judgment of the United States District Court for the Eastern District of New York (Nina Gershon, *Judge*) dismissing his case for lack of subject matter jurisdiction. On appeal, Chapon reasserts his claim that he paid defendants-appellees $800 to ship an automobile to Haiti, and that the car was never delivered. As there is no discernable basis for federal subject matter jurisdiction in this case, we affirm.

We have considered Chapon's remaining arguments and find them to be without merit.

For the reasons set forth above, the judgment of the district court is hereby AFFIRMED.